Wendy B. Pfau, SBN: 257215
**POTTER, PADILLA & PFAU**
3852 East Colorado Blvd.
Pasadena, CA  91107
Telephone: (626)795-0681
Facsimile:  (626)795-0725
Email:  wpfau@potterpadillalaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFSANEH M. RAZAVI,<br><br>    Plaintiff,<br><br>  vs.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>    Defendant | Case No.: 2:23-cv-02202-SP<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees:

IT IS ORDERED that the Commissioner shall pay Plaintiff for attorney fees in the amount of $9,500 (Nine Thousand, Five Hundred Dollars and No Cents) under the Equal access to Justice Act (EAJA), 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: June 12, 2024   _____
HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

-1-